UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

JOE A. RAMIREZ,

    Petitioner,

V.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil Action No. 7: 16-280-KKC

**JUDGMENT**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that:

    1.    The petition filed pursuant to 28 U.S.C. § 2241 by Joe A. Ramirez [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

    2.    Judgment is **ENTERED** in favor of the respondent.

    3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated August 9, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY